NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In re Adoption of J.E.C., a child. | ) |
| | ) |
| | ) |
| D.N., | ) |
| | ) |
|        Appellant, | ) |
| | ) |
| v. | )    Case No. 2D18-4482 |
| | ) |
| C.C., | ) |
| | ) |
|        Appellee. | ) |
| | ) |

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County; John
S. Carlin, Judge.

Toni A. Butler of Alderuccio & Butler, LLC,
Naples; and Ellen M. Kaplan of Law Offices
of Ellen M. Kaplan, P.A., Coral Springs, for
Appellant.

C.C., pro se.


PER CURIAM.

      Affirmed.

KHOUZAM, C.J., and KELLY and BLACK, JJ., Concur.